**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name: Joan Gottlieb Mendell, Individually and in Her Capacity as Trustee of the MK Trust No. 2 v. Laurence Scott and Rachel Chaput

Appellate case number: 01-20-00578-CV

Trial court case number: 475348

Trial court: Probate Court No. 1 of Harris County

On July 22, 2021, appellant, Joan Gottlieb Mendell, individually and in her capacity as Trustee of the MK Trust No. 2, filed a Motion to Review Supersedeas Bond. In her motion, appellant contends that the trial court abused its discretion in entering its supersedeas order, and requests that this Court "reverse the [s]upersedeas [o]rder in part," and grant other relief requested in the motion. Alternatively, appellant requests that we remand the case to allow "the trial court to conduct further proceedings as this Court deems necessary."

Appellant's motion includes a certificate of conference stating that the relief requested in the motion is opposed by appellees, Laurence Scott and Rachel Chaput. *See* TEX. R. APP. P. 10.1(a)(5), 10.3. Accordingly, we request appellees to file a response to appellant's Motion to Review Supersedeas Bond. **Appellees' response, if any, is due within fifteen (15) days of the date of this order**.

In connection with her motion to review supersedeas bond, on July 23, 2021, appellant also filed an Emergency Motion for Temporary Relief. In her emergency motion for relief, appellant requests that we stay enforcement of the trial court's "July 20, 2021 Order Setting Amount and Type of Security to Suspend Enforcement of the Permanent Injunction" and the trial court's "Order Granting Modified Permanent Injunction Pursuant to Texas Trust Code § 114.008" pending our review of her Motion to Review Supersedeas Bond.

Appellant's Emergency Motion for Temporary Relief is **granted**. We stay the execution or enforcement of the trial court orders referenced above pending this Court's review of appellant's Motion to Review Supersedeas Bond, specifically to the extent the

trial court orders require appellant to post a supersedeas bond in the amount of $435,666.46 to supersede paragraphs (i) and (v) of the Modified Permanent Injunction and further stay the enforcement or execution of paragraphs (i) and (v) of the Modified Permanent Injunction.  This stay remains in effect pending this Court's review of appellant's Motion to Review Supersedeas Bond, or further order of this Court.

It is so ORDERED.


Judge's signature: _/s/Amparo Guerra_____
☑Acting individually

Date:  July 26, 2021